**MATRIX**
Derek Kulesza
Case # - 11-13289

APR 19'11 AM 10:56 USB

HSBC Bank
P.O. Box 2013
Buffalo, NY 14240

Macy's
151 West
New York, NY 10001

National Grid Electric
40 Sylvan Road
Waltham, MA 02451

National Grid Gas
40 Sylvan Road
Waltham, MA 02451

Target
1000 Nicollet Mall
Minneapolis, MN 55403

VCA South Shore Weymouth Hospital
595 Columbian Street
South Weymouth, MA 02190

Chase Bank
P.O. Box 71
Phoenix, AZ 85001

Comcast
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103

Indy Mac Mortgage Services
888 East Walnut Street
Pasadena, CA 91101

Direct TV
2230 Imperial Highway
El Segundo, CA 90245

Horizon Property Management, Inc.
Box 162
Abington, MA 02351

Care Credit
P.O. Box 1710
Costa Mesa, CA 92628